# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Delpha Crawford, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 13-3146-CV-S-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) ) |

## O R D E R

On Wednesday, May 28, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed August 22, 2013, [Doc. 8] and the *Brief For Defendant*, filed November 5, 2013, [Doc.11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                     */s/ John T. Maughmer*
                                      **JOHN T. MAUGHMER**
                                    **U. S. MAGISTRATE JUDGE**